RECEIVED

MAR 23 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

State of Illinois court of claims

Mark Twain Petterson

-against-

Chicago Polices Department

1:17-cv-2264
Judge Elaine E. Bucklo
Magistrate Judge Young B. Kim
PC8

Claimant Mark Twain Petterson appearing Pro Se, complainins of defendant the Chicago Polices Department. Alleges the following: The chicago Polices Department address of the claimant is 1458 S. Canal St. Chicago IL 60608.
The claim is for Intentional Torts of the Chicago Polices Department [ for failure to adequately protect my Personal Property (Wallet) cash of the amount $100.00 dollars) Eye glass in the amount of $385.00 dollars. Also Protect me from abusive officers who inflicted emotional distress during Arrest and transfer to Hospital for injuries suffered while at Burlington Nothern coat factory (firm). on the 25 day of october 2017. officer Brian J Hansen #18276 of the Chicago Police Department 18th District. Through my above mention items in a trash container in the Burlington coat factory lost Prevention office. So As to cause serious Mental And emotional Anguish. Also depriving me of Much need Personal Property. Causing serious injury to claimant Mark Twain Petterson. Since 10-25-16 I been in stress I can't see with out my glasses. Also I'm having Problems with preparing this material. As a result of this incident I left with having to obtain credential all over again. It's A stressful mater not having my Insurance card. As a Result I'm disabled I'm A John Doe without my I.D.s. Attached hereto as Part of claim is a Affidavit.
The Particulars of claimant damages as follows:

Pain and suffering: the element and nature of the Police who done this to me. who is to serve and Protect the citizens.

Mental anguish: I'm a Mentally ill Person however, now my Mentality is total fear of the Chicago Police. Department.

• This claim is filed with in one year after the claim accured. as required by law.
this action is filed persuant to section 10 and 11 of the court of claims act.

Wherefore claiment respectfully requireds judgement against the defendant in the sum of thousand dollars $41000.00

Mark Lewis Patterson

2-17-17
Dated

STATE OF ILLINOIS )
) SS
COUNTY OF Cook )

AFFIDAVIT

I, Mark Twain Patterson being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On 11-25-16, Approx time 6:00pm 8:00pm - location 1100 S. canal St. Burlington Northern coat Factory (Firm) incident area, security office, officer - Brian J Hansen #278 through my wallet and card and left and $100.00 dollars in cash also my eye glasses (Burberry Designer) $385.00 in to the trash container. This took Place in front of officers present, E.E. Helvin #13644, the Paramedics and Burlington Northern coat factory lost Prevention agents witnessed this act of injustice and blatant constitution violation. Note Police report say I had no Property - that is because the above mention assault - Burlington Northern coat factory took Place. Note, I recieved No Property slip from Men's Central lock up officers. Note none of the above mentioned individuals retrieved my wallet property eye wear from trash and security office. Note officers were upset and acting out of character because I was stressing injury recieved by lost Prevention Agents. And that I was requesting medical attention, the Burlington coat factory lost Prevention agents refused to call for a ambulance even though I was complaining of head and neck injury

Mark Patterson

OFFICIAL SEAL
A BOGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/09/20

A. Bogan 2-17-17